Mark Lapham, Esq. (SBN 146352)
Law Offices of Mark Lapham
751 Diablo Rd.
Danville, CA 94526
Tel: (925) 837-9007
Fax: (650) 738-0325

Attorney for Plaintiffs,
WILLIAM H. GROSSMAN

FILED
JUL - 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADR

| | |
|---|---|
| WILLILAM H. GROSSMAN, individually, Plaintiffs, v. JP MORGAN CHASE, WELLS FARGO, NA; CHASE HOME FINANCE, LLC.; WASHINGTON MUTUAL BANK, FA; CALIFORNIA RECONVEYANCE COMPANY; FINANCIAL TITLE COMPANY; and all persons unknown claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and DOES 1 through 100, inclusive, Defendants. | Case No.: C12-03532 SI **DECLARATION OF WILLIAM H. GROSSMNA IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, WILLIAM H. GROSSMAN, declare as follows:

1. I am a PLAINTIFF in the above-captioned action. Except as stated on information and belief, I have personal knowledge of the facts contained in this declaration and would competently testify as to them if called upon to do so.

2. I am the equitable owner of real property located at 11 Robbins Place, Alamo, CA 94507.

3. My home was subject to an unlawful Trustee Sale on/or about June 28, 2011. I believe this Trustee Sale was based upon fraudulent documents and other allegations I allege in the verified complaint on file in this matter.

4. I am informed and believe, an on that basis, allege, that Defendants fraudulently certifies that they are the authorized beneficiary of the Deed of Trust with authority to make such transfer.

5. I have examined the official records which have been recorded against the Subject Property and found that the documents contain suspicious signatures, signatures that I am informed and believe to be false.

6. I am informed and believe that filing and recording documents in the County Recorder's Office is a crime. I believe that Defendants jointly or severally, are guilty of this crime by causing documents with invalid signatures to be recorded and used to effect fraudulent foreclosures and Trustee Sales. I believe these acts are in violation of current law.

7. I seek a Temporary Restraining Order to cease further fraudulent activities of defendants until title is cleared on my home.

8. I believe that monies paid on my mortgage have been misappropriated and not paid to the proper party, putting my family and I in jeopardy of having to pay the true and correct owner/holder of the Note while Defendants retains monies we have paid on the Note that Defendants is not entitled to retain.

9. I believe that if no defendant has the original note nor can produce it to return to me once my mortgage is satisfied.

10. I believe that accounting records have not been kept accurately by Defendants, either jointly or severally, and that there are false and inappropriate charges against the account.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on July 6, 2012 in Alamo, California.

William H Grossman

WILLIAM H. GROSSMAN